# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 7, 2012

No. 11-10288
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

2000 MERCEDES S430, VIN WDBNG70JOYA000670, In Rem,

Defendant

DARREN L. REAGAN,

Claimant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-cv-00194-M

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the motion for summary affirmance is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.